UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RICHARD HERNANDEZ, | ) | 1:12-cv—00125-LJO-SKO-HC |
| | ) | |
| Petitioner, | ) | ORDER DIRECTING THE CLERK TO SEND |
| | ) | TO RESPONDENT A COPY OF |
| | ) | PETITIONER'S FURTHER OPPOSITION |
| v. | ) | TO THE MOTION (DOC. 18) |
| | ) | |
| WARDEN M. C. BITER, | ) | ORDER PERMITTING RESPONDENT TO |
| | ) | FILE A REPLY NO LATER THAN TEN |
| Respondent. | ) | DAYS AFTER THE DATE OF RECEIPT OF |
| | ) | THE OPPOSITION |
| | ) | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter has been referred to the Magistrate Judge pursuant to 28 U.S.C.§ 636(b)(1) and Local Rules 302 and 303.  Pending before the Court is Respondent's motion to dismiss the petition on the ground of untimeliness.  Petitioner has filed an opposition, and Respondent has filed a reply.

Submitted to the Court along with Petitioner's opposition to the motion was a document docketed on September 4, 2012, as a motion to vacate a void judgment in opposition to the motion to dismiss.  This document appears to constitute the opposition to Respondent's motion.  However, it does not appear that Petitioner

served this document on Respondent. In an abundance of caution, and to avoid further delay, the Court will direct that the document be served on Respondent and that Respondent be permitted to file a reply to the document.

Accordingly, it is ORDERED that:

1) The Clerk SEND to Respondent a copy of Petitioner's motion to vacate a void judgment in opposition to Respondent's motion to dismiss (doc. 18); and

2) Respondent may FILE a reply no later than ten (10) days after the date of receipt of the document.

IT IS SO ORDERED.

**Dated:     September 17, 2012**             /s/ Sheila K. Oberto
                                              UNITED STATES MAGISTRATE JUDGE