UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD HERNANDEZ,<br><br>        Petitioner,<br><br>  v.<br><br>WARDEN M. C. BITER,<br><br>        Respondent. | 1:12-cv—00125-LJO-SKO-HC<br><br>ORDER DIRECTING THE RESPONDENT TO FILE REPORTER'S TRANSCRIPT AND CLERK'S TRANSCRIPT NO LATER THAN FORTY-FIVE (45) DAYS AFTER THE DATE OF SERVICE OF THIS ORDER |

    Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter has been referred to the Magistrate Judge pursuant to 28 U.S.C.§ 636(b)(1) and Local Rules 302 and 304. Pending before the Court is Respondent's motion to dismiss the petition on the ground of untimeliness. Petitioner raises an exception to the statute of limitations based on actual innocence.

    After review of all the papers submitted with the motion, the Court has determined that resolution of Petitioner's actual innocence issue requires reference to the trial court record.

    Accordingly, it is ORDERED that Respondent submit to this Court no later than forty-five (45) days after the date of this

1

1  order the complete reporter's transcript of the proceedings in
2  the trial court, and the complete clerk's transcript of the
3  proceedings in the trial court.

5  IT IS SO ORDERED.

6  **Dated:   October 11, 2012**               /s/ Sheila K. Oberto
                                          UNITED STATES MAGISTRATE JUDGE