UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RICHARD HERNANDEZ, | ) | 1:12-cv—00125-LJO-SKO-HC |
| | ) | |
| Petitioner, | ) | ORDER DISMISSING REQUEST FOR |
| | ) | CERTIFICATE OF APPEALABILITY AS |
| | ) | MOOT (Doc. 34) |
| v. | ) | |
| | ) | INFORMATIONAL ORDER TO PETITIONER |
| WARDEN M. C. BITER, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |
| | ) | |

Petitioner is a state prisoner who proceeded pro se and in forma pauperis with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1) and Local Rules 302 through 304. On March 6, 2013, the petition was dismissed pursuant to Respondent's motion, and judgment for Respondent was entered. On March 20, 2013, petitioner filed a notice of appeal. Pending before the Court is Petitioner's motion for a certificate of appealability, which was filed on April 8, 2013.

In the Court's order dismissing the petition, the Court considered whether to issue a certificate of appealability and declined to issue a certificate of appealability. Because the Court has previously considered whether to issue a certificate of appealability and declined to do so, Petitioner's request for a

1

certificate of appealability is DISMISSED as moot.

Further, Petitioner is INFORMED that because an appeal is pending in Ninth Circuit Court of Appeals case number 13-15518, the Court will not continue to process his filings in the action in this Court because judgment has been entered, and this Court no longer has jurisdiction over the case because of the pendency of an appeal.

IT IS SO ORDERED.

**Dated:  April 10, 2013**                        /s/ Sheila K. Oberto
                                             UNITED STATES MAGISTRATE JUDGE